IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:10-cv-00250-RJC-DSC

RICHARD S. GRIFFIN and,
GRIFFIN FARM & LANDFILL, INC.

        Plaintiffs,                                           **ORDER**

v.

TOWN OF UNIONVILLE,
NORTH CAROLINA,

        Defendant.

_____

        Upon joint Motion of the Plaintiffs Richard S. Griffin and Griffin Farm & Landfill, Inc. (the "Plaintiffs") and the Defendant Town of Unionville, North Carolina (collectively, the "Parties"), **IT IS HEREBY ORDERED THAT:**

        This matter (including all applicable deadlines and the trial date) is stayed through and including January 16, 2012;

        The Plaintiffs will file an Amended Complaint on or before February 1, 2012;

        The Town will file its responsive pleading to the Amended Complaint on or before February 15, 2012;

        The Parties will conduct any additional discovery by April 1, 2012;

        Dispositive motions will be filed on or before May 2, 2012; and

        The trial of this matter will take place on September 1, 2012.

**SO ORDERED**.   Signed: June 27, 2011

David S. Cayer
United States Magistrate Judge