# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Griffin Farm & Landfill, Inc.
& Richard S. Griffin,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:10cv250

Town of Unionville,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2012 Order.

                                      Signed: August 9, 2012

                                      Frank G. Johns, Clerk
                                      United States District Court

                                      FRANK G. JOHNS, CLERK

August 9, 2012

                                    BY: _____
                                          Antonietta Basile, Deputy Clerk